March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

    Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

98 -CR- 438 (PGG) (__)

Defendant __Manuel Gonzalez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

✓ Misdemeanor Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Manuel Gonzalez
Print Defendant's Name

Defense Counsel's Signature

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11-17-2020
Date

S/Kevin Nathaniel Fox
U.S. District Judge/U.S. Magistrate Judge